## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI
### SOUTHEASTERN DIVISION

TYRANCE DEWAYNE HILL,         )
                                        )
        Petitioner,            )
                                        )
        v.                      )        No. 1:20-cv-00267-SNLJ
                                        )
UNITED STATES OF AMERICA,     )
                                        )
        Respondent.        )

### MEMORANDUM AND ORDER

This matter comes before the Court on a document submitted by petitioner Tyrance Dewayne Hill titled "Motion Based on the All Writs Act 28 U.S.C. 1651." The motion is handwritten and not on a Court form. In the motion, petitioner accuses the Bureau of Prisons of abusing its discretion "under Kay Fez/Willis," which apparently resulted in him not receiving the proper jail credit.[1] Because petitioner seems to be attacking the execution of his sentence, the claim should be brought pursuant to 28 U.S.C. § 2241. *See Nichols v. Symmes*, 553 F.3d 647, 649 (8th Cir. 2009). The Court will therefore direct petitioner to file an amended 28 U.S.C. § 2241 petition on a Court form. *See* E.D. Mo. L.R. 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms"). Petitioner will be given thirty days in which to comply. Failure to comply will result in the dismissal of this action without prejudice and without further notice.

Accordingly,

---

[1] Petitioner appears to be referring to *Kayfez v. Gasele*, 993 F.2d 1288 (7th Cir. 1993) and *Willis v. United States*, 438 F.2d 923 (5th Cir. 1971).

**IT IS HEREBY ORDERED** that the Clerk of Court shall send to petitioner a copy of the Court's 28 U.S.C. § 2241 form.

**IT IS FURTHER ORDERED** that petitioner shall file an amended 28 U.S.C. § 2241 petition on the Court form within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that if petitioner does not file an amended 28 U.S.C. § 2241 petition on the Court form within **thirty (30) days** of the date of this order, this action will be dismissed without prejudice and without further notice.

Dated this /0th day of _____ May _____, 2021.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE

2